# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 23-55821

**Case Name** | Small v. Allianz Life Insurance Company of North America

**Requesting Party Name(s)** | Allianz Life Insurance Company of North America

**I am:** ○ The party requesting the extension.
⦿ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you must also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated
☐ Other (*you must describe the document*)

The requested new due date is: February 22, 2024

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

I have had substantial obligations in: preparing the principal brief of appellant Premier Nutrition Corporation in Montera v. Premier Nutrition Corp., No. 23-16162 (9th Cir.) (filed 1/12/24); presenting oral argument in Domer v. Menard, Inc., No. 23-2672 (7th Cir.) (argued 1/25/24); and preparing the principal brief of appellant Wells Fargo Bank, N.A., in In re: Application of Wells Fargo Bank, N.A., No. 2023-05665 (N.Y. App. Div. 1st Dep't) (filed 1/29/24).

**Signature** | /s/ Mark D. Taticchi    **Date** | Feb 1, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

## Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [_____] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [_____].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [_____] **Date** [_____]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**     2     *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: [Feb 8, 2024]

3. The brief's first due date was: [Jan 9, 2024]

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   I have had substantial obligations in: drafting the opening brief in Montera v. Premier Nutrition Corp., No. 23-16162 (CA9) (1/12/24); arguing Domer v. Menard, Inc., No. 23-2672 (CA7) (1/25/24); and preparing the opening brief in In re App. of Wells Fargo Bank, N.A., No. 2023-05665 (N.Y. 1st Dep't).

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [/s/ Mark D. Taticchi]   **Date** [Feb 1, 2024]
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov